### WILLARD ADKINS v. THE STATE.

No. 9078.   Delivered December 3, 1924.

No motion for rehearing filed.

**Burglary—Motion for New Trial.**

There are no bills of exception in the record, and no statement of facts accompanies same. In their absence the matter complained of in the motion for new trial cannot be considered.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Grover C. Adams, Judge.

Appeal from a conviction for the burglary of a private residence, with the punishment fixed at five years in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—The conviction is for the burglary of a private residence, with the punishment fixed at five years' confinement in the penitentiary.

There are no bills of exception in the record and no statement of facts accompanies the same.

The matters complained of in the motion for new trial are such as require verification by bills of exception and in their absence nothing is presented which calls for consideration at the hands of this court.

The indictment appears regular, the charge of the court applicable to facts provable under said charge, and an affirmance of the judgment becomes necessary, and it is so ordered.

*Affirmed.*